## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZOILA LEMA,** *individually and on behalf of all others similarly situated*<br><br>*Plaintiff,*<br><br>v.<br><br>**NUNA BABY ESSENTIALS, INC.,**<br><br>*Defendant.* | )<br>)<br>)<br>) Case No. 5:25-cv-01305-JFL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement on an individual basis. The undersigned apologizes for omitting to advise the Court of the resolution by the deadline for the amended complaint. The Plaintiff anticipates filing a Notice of Voluntary Dismissal of this action pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 2, 2025

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq., do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via the CM/ECF system.

Dated: May 2, 2025

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.