## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZOILA LEMA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.<br><br>Defendant. | Case No.: 5:25-cv-01305-JFL<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zoila Lema, by and through her counsel of record, hereby voluntarily dismisses her action on an individual basis.

| | |
|---|---|
| Dated: May 2, 2025 | */s/ Jacob U. Ginsburg*<br>Jacob U. Ginsburg<br>**KIMMEL & SILVERMAN, P.C.**<br>PA ID No. 311908<br>30 E. Butler Avenue<br>Ambler, Pennsylvania 19002<br>Phone: (267) 468-5374<br>Fascimile: (877) 600-2112<br>Email: jginsburg@creditlaw.com<br><br>Eduard Korsinsky<br>Mark Svensson<br>**LEVI & KORSINSKY, LLP**<br>33 Whitehall Street, 17th Floor<br>New York, NY 10004<br>Telephone: (212) 363-7500<br>Facsimile: (212) 363-7171<br>Email: ek@zlk.com<br>Email: msvensson@zlk.com<br><br>*Attorneys for Plaintiff and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq., do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon all parties of record via the CM/ECF system.

Dated: May 2, 2025

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.