# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZOILA LEMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>　　　　　　Defendant. | Case No. 5:25-CV-01305-JFL |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE CLERK OF COURT AND THE HONORABLE JUDGE LEESON:

　　Plaintiff Zolia Lema, by and through her undersigned counsel, hereby advises the Court that the voluntary dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 2, 2025 (Doc. No. 19), is hereby converted to a dismissal with prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Jacob U. Ginsburg*
　　　　　　　　　　　　　　　　　Jacob U. Ginsburg (PA ID No. 311908)
　　　　　　　　　　　　　　　　　**KIMMEL & SILVERMAN, P.C.**
　　　　　　　　　　　　　　　　　30 E. Butler Ave
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　(267) 468-5374
　　　　　　　　　　　　　　　　　jginsburg@creditlaw.com

Dated: May 21, 2025

## CERTIFICATE OF SERVICE

    I, Jacob U. Ginsburg, Esq. hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF on this May 21, 2025.

                                */s/ Jacob U. Ginsburg*